■ In the Matter of FLORIDA SAMAS VENTURE, INC., Respondent, v CHARLES RIDER et al., Constituting the Town Board of the Town of Ulster, et al., Appellants.—Appeal from a judgment of the Supreme Court at Special Term (Cobb, J.), entered October 29, 1985 in Ulster County, which converted petitioner's application, brought pursuant to CPLR article 78, into an action for declaratory judgment and declared the Town of Ulster's site development law null and void.

Judgment affirmed, with costs, upon the opinion of Justice George L. Cobb at Special Term. Mahoney, P. J., Main, Mikoll, Yesawich, Jr., and Levine, JJ., concur.